NO. 07-02-00300-CV

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL B

 



FEBRUARY
16, 2011

 



 

HUGO PIMIENTA, APPELLANT

 

v.

 

WOODFOREST NATIONAL BANK, APPELLEE 



 



 

 FROM THE 359TH DISTRICT COURT OF MONTGOMERY
COUNTY;

 

NO. 01-09-06078 CV; HONORABLE JAMES H. KEESHAN JR, JUDGE



 



 

Before QUINN,
C.J., and CAMPBELL and HANCOCK, JJ.

 

 

ON MOTION TO DISMISS

 

 

            Appellant
Hugo Pimienta has filed a motion to dismiss
this appeal because he was granted a discharge in his Chapter 7 bankruptcy
proceeding.  No decision of this Court
having been delivered to date, we grant the motion. Accordingly, the appeal is
dismissed. See Tex. R. App. P. 42.1(a)(1). All
costs related to this appeal are assessed against appellant. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellee
from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing.
No motion for rehearing from
appellant will be entertained.

 

                                                                                                James
T. Campbell

                                                                                                            Justice